**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-30504-PNS3 KKS |
| | § | |
| JAMISON RICHARD DELLES | § | |
| LAURA ANN DELLES | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/22/2013. The undersigned trustee was appointed on 04/22/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $3,240.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $43.04 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $3,196.96 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/14/2013 and the deadline for filing government claims was 10/19/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $810.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $810.00, for a total compensation of $810.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $62.27, for total expenses of $62.27.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/19/2014                By:    /s/ Karin A. Garvin
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-30504-PNS3 KKS | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | DELLES, JAMISON RICHARD AND DELLES, LAURA ANN | Date Filed (f) or Converted (c): | 04/22/2013 (f) |
| For the Period Ending: | 2/19/2014 | §341(a) Meeting Date: | 06/13/2013 |
| | | Claims Bar Date: | 09/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  HOME AND LOT LOCATED AT 7119 BAYSPRINGS, DR IN P | $117,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 2  FLORIDA STATE EMPLOYEES FCU CHECKING & SAVINGS A | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 3  NAVY FEDERAL CREDIT UNION CHECKING ACCOUNT. CONT | $4,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 4  NAVY FEDERAL CREDIT UNION MINOR'S ACCOUNT. (DAUG | $1.00 | $1.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 5  NAVY FEDERAL CREDIT UNION SAVINGS ACCOUNT (CONTA | $11,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 6  LIVING ROOM- SEE ITEMS 1-6 ON APPRAISAL ATTACHED | $2,406.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 7  AMERICAN WATER WORKS 401 (K) | $28,507.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 8  IRA ROLLOVER | $2,035.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 9  IRA ROLLOVER | $7,679.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 10  1996 MAZDA MIATA- SEE ITEM 45 ON APPRAISAL ATTAC | $1,500.00 | $500.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 11  2008 TOYOTA RAV 4- SEE ITEM 44 ON APPRAISAL ATTA | $14,600.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 12  2011 TOYOTA CAMRY- SEE ITEM 43 ON APPRAISAL ATTA | $14,850.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |
| 13  2001 JEEP CHEROKEE SPORT (119,000 MILES) | $6,350.00 | $3,356.00 | | $3,240.00 | FA |
| Asset Notes:   Imported from original petition Doc# 1 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-30504-PNS3 KKS | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | DELLES, JAMISON RICHARD AND DELLES, LAURA ANN | Date Filed (f) or Converted (c): | 04/22/2013 (f) |
| For the Period Ending: | 2/19/2014 | §341(a) Meeting Date: | 06/13/2013 |
| | | Claims Bar Date: | 09/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 14  POSSIBLE CLAIM AGAINST COKESBURY DAYCARE. VALUE | $1.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| INT  Interest Earned  (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                **Gross Value of Remaining Assets**

$210,029.00          $3,858.00                                   $3,240.00              $0.00

**Major Activities affecting case closing:**
projected closing 5/2015
$3240-$270-1st 7/15/13

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/15/2014 | /s/ KARIN A. GARVIN |
| **Current Projected Date Of Final Report (TFR):** | 09/15/2014 | KARIN A. GARVIN |

| **Case No.** | 13-30504-PNS3 KKS | | | **Trustee Name:** | Karin A. Garvin |
|---|---|---|---|---|---|
| **Case Name:** | DELLES, JAMISON RICHARD AND DELLES, LAURA ANN | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***8983 | | | **Checking Acct #:** | ******0401 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | DDA |
| **For Period Beginning:** | 4/22/2013 | | | **Blanket bond (per case limit):** | $1,087,000.00 |
| **For Period Ending:** | 2/19/2014 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/18/2013 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $3,220.00 | | $3,220.00 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.17 | $3,217.83 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.19 | $3,212.64 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.18 | $3,207.46 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.00 | $3,202.46 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.50 | $3,196.96 |
| | | | **TOTALS:** | | $3,220.00 | $23.04 | $3,196.96 |
| | | | **Less: Bank transfers/CDs** | | $3,220.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $23.04 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $23.04 | |

**For the period of 4/22/2013 to 2/19/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,220.00 |
| | |
| Total Compensable Disbursements: | $23.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/18/2013 to 2/19/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,220.00 |
| | |
| Total Compensable Disbursements: | $23.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-30504-PNS3 KKS | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|
| Case Name: | DELLES, JAMISON RICHARD AND DELLES, LAURA ANN | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8983 | | Checking Acct #: | ******5366 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 4/22/2013 | | Blanket bond (per case limit): | $1,087,000.00 |
| For Period Ending: | 2/19/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/10/2013 | (13) | Jamison Delles | payment on pn | 1129-000 | $270.00 | | $270.00 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $260.00 |
| 08/12/2013 | (13) | Jamison Delles | payment on pn | 1129-000 | $270.00 | | $530.00 |
| 08/28/2013 | (13) | Jamison Delles | payment on pn | 1129-000 | $2,700.00 | | $3,230.00 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,220.00 |
| 09/18/2013 | | Green Bank | Transfer Funds | 9999-000 | | $3,220.00 | $0.00 |
| | | | **TOTALS:** | | $3,240.00 | $3,240.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,220.00 | |
| | | | **Subtotal** | | $3,240.00 | $20.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,240.00 | $20.00 | |

**For the period of 4/22/2013 to 2/19/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,240.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.00 |
| Total Internal/Transfer Disbursements: | $3,220.00 |

**For the entire history of the account between 07/10/2013 to 2/19/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,240.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.00 |
| Total Internal/Transfer Disbursements: | $3,220.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 13-30504-PNS3 KKS | **Trustee Name:** | Karin A. Garvin |
|---|---|---|---|
| **Case Name:** | DELLES, JAMISON RICHARD AND DELLES, LAURA ANN | **Bank Name:** | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***8983 | **Checking Acct #:** | ******5366 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 4/22/2013 | **Blanket bond (per case limit):** | $1,087,000.00 |
| **For Period Ending:** | 2/19/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,240.00 | $43.04 | $3,196.96 |

**For the period of 4/22/2013 to 2/19/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,240.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240.00 |
| Total Internal/Transfer Receipts: | $3,220.00 |
| | |
| Total Compensable Disbursements: | $43.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43.04 |
| Total Internal/Transfer Disbursements: | $3,220.00 |

**For the entire history of the case between 04/22/2013 to 2/19/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,240.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240.00 |
| Total Internal/Transfer Receipts: | $3,220.00 |
| | |
| Total Compensable Disbursements: | $43.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43.04 |
| Total Internal/Transfer Disbursements: | $3,220.00 |

| Case No. | 13-30504-PNS3 KKS | | | | | | | | Trustee Name: Karin A. Garvin |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DELLES, JAMISON RICHARD AND DELLES, LAURA ANN | | | | | | | | Date: 2/19/2014 |
| Claims Bar Date: | 09/14/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
|  | KARIN A. GARVIN<br><br>1801 W Garden Street<br>Pensacola FL 32502 | Trustee Compensation | Allowed | 2100-000 | $810.00 | $0.00 | $0.00 | $0.00 | $810.00 |
|  | KARIN A. GARVIN<br><br>1801 W Garden Street<br>Pensacola FL 32502 | Trustee Expenses | Allowed | 2200-000 | $62.27 | $0.00 | $0.00 | $0.00 | $62.27 |
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,497.74 | $0.00 | $0.00 | $0.00 | $12,497.74 |
| 2 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,933.00 | $0.00 | $0.00 | $0.00 | $1,933.00 |
| 3 | ASPIRE RESOURCES INC.<br><br>on behalf of U.S. Dept. of Education<br>6775 Vista Drive<br>West Des Moines IA 50266 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,183.03 | $0.00 | $0.00 | $0.00 | $2,183.03 |
| 4 | FLORIDA STATE EMPLOYEES FEDERAL CREDIT UNION<br>c/o D. Tyler Van Leuven<br>P.O. Box 4128<br>Tallahassee FL 32315-4128 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,562.53 | $0.00 | $0.00 | $0.00 | $1,562.53 |
| 5 | FLORIDA STATE EMPLOYEES FEDERAL CREDIT UNION<br>c/o D. Tyler Van Leuven<br>P.O. Box 4128<br>Tallahassee FL 32315-4128 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,315.73 | $0.00 | $0.00 | $0.00 | $6,315.73 |

| Case No. | 13-30504-PNS3 KKS | | | | | | | | Trustee Name: Karin A. Garvin |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DELLES, JAMISON RICHARD AND DELLES, LAURA ANN | | | | | | | | Date: 2/19/2014 |
| Claims Bar Date: | 09/14/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,310.14 | $0.00 | $0.00 | $0.00 | $2,310.14 |
| 7 | CAPITAL ONE, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,169.71 | $0.00 | $0.00 | $0.00 | $1,169.71 |
| 8 | CAPITAL ONE, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson AZ 85712 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **$28,844.15** | **$0.00** | **$0.00** | **$0.00** | **$28,844.15** |

**Case No.** 13-30504-PNS3 KKS  
**Case Name:** DELLES, JAMISON RICHARD AND DELLES, LAURA ANN  
**Claims Bar Date:** 09/14/2013  

**Trustee Name:** Karin A. Garvin  
**Date:** 2/19/2014  

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $27,971.88 | $27,971.88 | $0.00 | $0.00 | $0.00 | $27,971.88 |
| Tardy General Unsecured § 726(a)(3) | $354.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $810.00 | $810.00 | $0.00 | $0.00 | $0.00 | $810.00 |
| Trustee Expenses | $62.27 | $62.27 | $0.00 | $0.00 | $0.00 | $62.27 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       13-30504-PNS3 KKS
Case Name:   JAMISON RICHARD DELLES
                      LAURA ANN DELLES
Trustee Name: Karin A. Garvin

Balance on hand:     $3,196.96

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,196.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Karin A. Garvin, Trustee Fees | $810.00 | $0.00 | $810.00 |
| Karin A. Garvin, Trustee Expenses | $62.27 | $0.00 | $62.27 |

Total to be paid for chapter 7 administrative expenses:     $872.27
Remaining balance:     $2,324.69

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $2,324.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $2,324.69

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,971.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $12,497.74 | $0.00 | $1,038.66 |
| 2 | Discover Bank | $1,933.00 | $0.00 | $160.65 |
| 3 | Aspire Resources Inc. | $2,183.03 | $0.00 | $181.43 |
| 4 | Florida State Employees Federal Credit Union | $1,562.53 | $0.00 | $129.86 |
| 5 | Florida State Employees Federal Credit Union | $6,315.73 | $0.00 | $524.89 |
| 6 | PYOD, LLC its successors and assigns as assignee | $2,310.14 | $0.00 | $191.99 |
| 7 | Capital One, N.A. | $1,169.71 | $0.00 | $97.21 |

Total to be paid to timely general unsecured claims: $2,324.69
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |