FORM ordass7

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re:  Jamison Richard Delles                                  Bankruptcy Case No.:   13−30504−KKS
    SSN/ITIN: xxx−xx−4118
     Debtor
   Laura Ann Delles                                              Chapter:  7
    SSN/ITIN: xxx−xx−3843                                Judge:  Karen K. Specie
     Joint Debtor

*ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE,*
*RELEASING BOND, AND CLOSING CASE*

    It appearing to the Court that Karin A. Garvin , the Trustee in said cause has reduced the property and effects of the said debtor's estate to cash; that the said Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required of him in the administration of said estate;

    It is ordered that the accounts of said Trustee be and they hereby are approved and allowed; that the Trustee be and he hereby is discharged and relieved of his trust; and that the bond of the said Trustee be and it hereby is canceled and that the surety or sureties thereon be and they hereby are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

    Accordingly, this case is hereby closed.

    **DONE AND ORDERED** at Tallahassee, Florida, October 24, 2014 .

                                                     /s/ Karen K. Specie
                                                     Karen K. Specie
                                                     U.S. Bankruptcy Judge

Service to:
    Debtor
    Debtor(s) Attorney
    Chapter 7 Trustee
    U.S. Trustee